# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KAMEON SUPREME AARON**  PLAINTIFF
*ADC #129521*

v.  CASE NO. 4:24-CV-00838-BSM-PSH

**DEXTER PAYNE,** *et al.*  DEFENDANTS

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 6] is adopted. Aaron's excessive force and retaliation claims against Sergeant Gentry Smith may proceed and his remaining claims are dismissed without prejudice for failure to state a claim.

IT IS SO ORDERED this 20th day of December, 2024.

UNITED STATES DISTRICT JUDGE