**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KAMEON SUPREME AARON**                                                    **PLAINTIFF**
*ADC #129521*

**v.**                                 **CASE NO. 4:24-CV-00838-BSM**

**GENTRY SMITH**                                                             **DEFENDANT**

## ORDER

Magistrate Judge Patricia S. Harris's proposed findings and recommendation [Doc.

No. 47] is adopted.  Gentry Smith's motion for summary judgment [Doc. No. 37] is granted

and Kameon Aaron's claims are dismissed with prejudice.

IT IS SO ORDERED this 23rd day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE