## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KAMEON SUPREME AARON**                                                          **PLAINTIFF**
*ADC #129521*

**v.**                                     **CASE NO. 4:24-CV-00838-BSM**

**GENTRY SMITH**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of July, 2026.


_____
UNITED STATES DISTRICT JUDGE